UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CARLA F. BATES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                                  No. 15-cv-678-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 11, 2016 (Doc. 20), the commissioner's final decision is AFFIRMED. Judgment is in favor of the defendant.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                      BY:   /s/*Caitlin Fischer*
                                                 Deputy Clerk

Dated: May 12, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.05.12
11:57:15 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT